UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 22, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00028-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BRICO J CONTRERAS, | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRICO J CONTRERAS ,

Case No.  2:23-mj-00028-DB , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

   X      (Other):   Released forthwith on same conditions as previously set.

Issued at Sacramento, California at  2:30 PM. Dated:  February 22, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE